FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 28, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

VERNELL JOE PETRY,

Plaintiff,

v.

DEPARTMENT OF CORRECTIONS, DERRON JENKINS and JEREMEY WILSON,

Defendants.

No. 2:26-cv-359-EFS

**ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION**

Plaintiff, currently a resident of Spokane, Washington, filed this *pro se* civil rights action on August 19, 2026.[1] He seeks leave to proceed *in forma paupers*.[2] On the application form, Plaintiff answered, "no" to

[1] ECF No. 1.

[2] ECF No. 2.

the question whether he has been and/or currently is a party to a lawsuit.[3] Plaintiff signed the application after the following declaration: "I declare under penalty of perjury that the above information is true and understand that a false statement may result in the dismissal of my claims."[4]

The Court takes judicial notice of the fact that on April 20, 2026, Plaintiff filed an action against the same Defendants, while he was incarcerated at the Airway Heights Corrections Center.[5] That action was dismissed with prejudice on July 23, 2026, for failure to state a claim upon which relief may be granted.[6] Therefore, it is clear that Plaintiff has not provided true information.

A review of the complaint shows that Plaintiff is asserting claims of double jeopardy, false imprisonment, use of force, and failure to provide emergency medical treatment, between the dates of January 9,

---

[3] ECF No. 2 at 2.

[4] *Id.*

[5] *See* case No. 2:26-cv-00177-EFS.

[6] *Id.,* ECF No. 11.

2025, and January 16, 2025,[7] which are all claims previously asserted in case No. 2:26-cv-00177-EFS.

If a litigant brings an *in forma pauperis* complaint that repeats pending or previously litigated claims it may be summarily dismissed as frivolous or malicious. *Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995); *Aziz v. Burrows*, 976 F.2d 1158 (9th Cir. 1992) ("[D]istrict courts may dismiss a duplicative complaint raising issues directly related to issues in another pending action brought by the same party."); *Childs v. Miller*, 713 F.3d 1262, 1265 (10th Cir. 2013) (recognizing that repetitious litigation of virtually identical causes of action is an abuse of process and may be dismissed under 28 U.S.C. § 1915 as frivolous or malicious); *McWilliams v. State of Colorado*, 121 F.3d 573, 574 (11th Cir. 1997) (same); *Bailey v. Johnson*, 846 F.2d 1019, 1021 (5th Cir. 1988) (same).

Because Plaintiff has provided untrue information in his application to proceed *in forma pauperis* and the present complaint appears duplicative of a prior complaint filed in this District, the Court

---

[7] ECF No. 1.

finds it is appropriate to deny Plaintiff leave to proceed *in forma pauperis* and to dismiss this action.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Application to Proceed *In Forma Pauperis,* **ECF No. 2**, is **DENIED.**

2. The complaint, **ECF No. 1**, is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

3. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

IT IS SO ORDERED. The Clerk's Office is directed to file this order, **enter judgment**, provide copies to Plaintiff, and **CLOSE** the file.

DATED this 28th day of September 2026.

EDWARD F. SHEA
Senior United States District Judge